766                February 14, 2024                No. 103

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of H. P.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

H. P.,
*Appellant.*

Linn County Circuit Court
23CC02035; A181069

Heidi M. Sternhagen, Judge.

Submitted January 5, 2024.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Patrick M. Ebbett, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, Joyce, Judge, and Jacquot, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant seeks reversal of a judgment committing her to the custody of the Oregon Health Authority for a period not to exceed 180 days, as well as an order prohibiting her from possessing firearms. The trial court entered that judgment and order after finding that, due to a mental disorder, appellant is a danger to others. On appeal, appellant argues that the court plainly erred in failing to give the advice of rights required by ORS 426.100(1), which includes the possible results of the proceeding. The state concedes that the trial court plainly erred and that reversal is warranted. We agree and accept the state's concession. *See State v. M. M.*, 288 Or App 111, 116, 405 P3d 192 (2017) (trial court's failure to advise appellant of all of the possible results of civil commitment proceeding is plain error). For the reasons stated in *M. M.*, we exercise our discretion to correct the error. *Id*. Accordingly, the judgment and order are reversed.

Reversed.